**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Julia G. Durward,<br><br>                 Plaintiff,<br><br>        v.<br><br>One Technologies LLC, and DOES 1-50 inclusive,<br><br>                 Defendants. | CASE NO. 2:19-cv-06371<br><br>**DEFENDANT ONE TECHNOLOGIES, LLC'S NOTICE OF REMOVAL**<br><br>[Los Angeles County Superior Court Case No. 19STCV21081]<br><br>Action Filed:      June 17, 2019<br>Complaint Served: June 28, 2019<br>Removed:          July 23, 2019 |

47223456

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, 1446, defendant One Technologies, LLC hereby removes to this Court the above-captioned action from the Superior Court of the State of California for the County of Los Angeles, for the reasons set forth below.

*Statement of the Case*

1. On June 17, 2019, plaintiff Julia G. Durward filed a civil action in the Superior Court of the State of California for the County of Los Angeles, entitled *Durward v. One Technologies LLC* (Case No. 19STCV21081). Based on "at least 90 allegedly unlawful Unsolicited Commercial E-mails" (Compl., ¶ 1), the complaint alleges two causes of action for (i) Violation of California Business and Professions Code section 17529.5(a)(1) (*id.*, ¶¶ 29-33), and (ii) Violation of California Business and Professions Code section 17529.5(a)(2) (*id.*, ¶¶ 34-49).

*This Court Has Diversity Jurisdiction*

2. There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, such that this Court has subject matter jurisdiction over the dispute. *See* 28 U.S.C. § 1441(b); 28 U.S.C. § 1332.

3. According to her complaint, "Plaintiff is an individual who is a resident of Los Angeles County within the State of California." Compl., ¶ 7.

4. At the time the complaint was filed and through the time of this filing, One Technologies has been (and is) a Delaware limited liability company headquartered in Dallas, Texas. One Technologies' principal place of business has been (and is) in Texas, and not California. One Technologies' members are all individuals domiciled in Texas. None of its members are domiciled in California.

5. The amount in controversy exceeds $75,000. Though plaintiff fails to precisely quantify the amount of damages sought in the complaint, plaintiff alleges that over 90 "allegedly unlawful" emails are at issue (Compl., ¶ 1). California

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

Business and Professions Code section 17529.5, the statute under which plaintiff sues, authorizes "[l]iquidated damages of one thousand dollars ($1,000) for each unsolicited commercial e-mail advertisement transmitted in violation of this section, up to one million dollars ($1,000,000) per incident." *See* Cal. Bus. & Prof. Code § 17529.5(b)(1)(B)(ii); *see also* Compl., Prayer for Relief ("WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them as follows: A. Statutory damages, under Cal. Bus. & Prof. Code § 17529.5 at $1,000 each for the spam e-mails received from Defendants"). Accordingly, plaintiff pleads entitlement to at least $90,000 in damages (exclusive of interest and costs)—well in excess of the minimum amount required to establish diversity jurisdiction.

### *Procedural Requirements for Removal Are Met*

6. This Notice of Removal is timely filed under 28 U.S.C. § 1446, as it is filed within 30 days of One Technologies' receipt of the initial pleading purporting to set forth the claims for relief on which this action is based.

7. One Technologies received the Summons and Complaint on June 24, 2019. The filing of this notice of removal, therefore, is timely because One Technologies is filing it "within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

8. One Technologies is filing herewith true and correct copies of the state court filings with which it has been served, including copies of all process, pleadings, and orders. *See* Exhibit 1 (Complaint); Exhibit 2 (Summons); Exhibit 3 (Civil Case Cover Sheet); Exhibit 4 (Notice of Case Assignment).

9. Pursuant to 28 U.S.C. §§ 84(c), 1441(a) and 1446(a), this Notice of Removal is being filed in the United States District Court for the Central District of California, which is the Federal District Court embracing the state court where this action was filed.

10. Pursuant to 28 U.S.C. § 1446(d), One Technologies is filing with the

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

clerk of the Superior Court of the State of California for the County of Los Angeles, and serving upon plaintiff, a Notice to Adverse Party and State Court of Removal of Action to Federal Court. Proof of same will be filed with this Court.

11. One Technologies has complied with 28 U.S.C. § 1446(b)(2)(A) insofar as there are no other defendants that must join in or consent to the removal. The other defendants, unknown Does 1-10, are not required to join in or consent to the removal. *See, e.g.*, *Fristoe v. Reynolds Metals Co.*, 615 F. 2d 1209, 1213 (9th Cir. 1980).

12. No previous application has been made for the relief requested herein.

13. This Notice of Removal has been signed pursuant to Fed. R. Civ. P. 11.

14. One Technologies reserves the right to amend or supplement this Notice of Removal.

15. Should plaintiff seek to remand this case to state court, One Technologies respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides that remand is proper, One Technologies asks that the Court retain jurisdiction and allow One Technologies to file a motion asking this Court to certify any remand order for interlocutory review by the Ninth Circuit, pursuant to 28 U.S.C. § 1292(b).

## *Conclusion*

Accordingly, One Technologies respectfully requests that this action be removed to this Court.

Dated: July 23, 2019     VENABLE LLP

By: /s/ Ari N. Rothman
Ari N. Rothman
Witt W. Chang
Attorneys for Defendant
One Technologies, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action;  my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **July 23, 2019**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **DEFENDANT ONE TECHNOLOGIES, LLC'S NOTICE OF REMOVAL** on the interested parties in this action addressed as follows:

| | |
|---|---|
| J. Daniel Jung<br>Thomas Valfrid Anderson<br>ANDERSON & JUNG<br>21600 Oxnard Street, Suite 1030<br>Woodland Hills, CA 91367<br>Telephone: (323) 203-8447<br>Email:  juindjung@gmail.com<br>Email:  Not Available | Attorneys for Plaintiff<br>Julia G. Durward |

☑      By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

   ☑    **BY MAIL (FRCP 5(b)(2)(C))**:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 23, 2019**, at Los Angeles, California.

_____
Raquel L. Rubio