NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
VENABLE LLP
Ari N. Rothman (SBN 296568)
Witt W. Chang (SBN 281721)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-9900 / Fax: (310) 229-9901
Email: anrothman@venable.com, wwchang@venable.com

ATTORNEY(S) FOR: Defendant One Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Julia G. Durward,

    Plaintiff(s),

v.

One Technologies LLC, and DOES 1-50 inclusive,

    Defendant(s).

CASE NUMBER:
2:19-cv-06371

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   defendant One Technologies, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Julia G. Durward | Plaintiff |
| One Technologies, LLC | Defendant |
| Sanjay Baskaran | Member of One Technologies |
| Alex Chang | Member of One Technologies |
| Roger Chang | Member of One Technologies |
| Mark Henry | Member of One Technologies |
| Jamie Schultz | Member of One Technologies |

July 23, 2019
Date

/s/ Ari N. Rothman
Signature
Ari N. Rothman

Attorney of record for (or name of party appearing in pro per):

Defendant One Technologies, LLC

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES



# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **July 23, 2019**, I served a copy ☒ / original ☐ of the foregoing document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action addressed as follows:

| | |
|---|---|
| J. Daniel Jung<br>Thomas Valfrid Anderson<br>ANDERSON & JUNG<br>21600 Oxnard Street, Suite 1030<br>Woodland Hills, CA 91367<br>Telephone: (323) 203-8447<br>Email: juindjung@gmail.com<br>Email: Not Available | Attorneys for Plaintiff<br>Julia G. Durward |

☒   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

    ☒   **BY MAIL (FRCP 5(b)(2)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 23, 2019**, at Los Angeles, California.

                                              Raquel L. Rubio