1  **VENABLE LLP**
   Ari N. Rothman (SBN 296568)
2    anrothman@venable.com
   Witt W. Chang (SBN 281721)
3    wwchang@venable.com
   2049 Century Park East, Suite 2300
4  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
5  Facsimile:    (310) 229-9901

6  Attorneys for Defendant
   One Technologies, LLC
7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11 | Julia G. Durward,                         | CASE NO. 2:19-cv-06371 |
12 |                Plaintiff,                 |                        |
13 |        v.                                 | **DEFENDANT ONE TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT** |
14 | One Technologies LLC, and DOES 1-50 inclusive, | |
15 |                Defendants.                | [Fed. R. Civ. P. 7.1]  |
16 |                                           | Action Filed:     June 17, 2019
                                                 Complaint Served: June 28, 2019
                                                 Removed:          July 23, 2019 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

DEFENDANT ONE TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT

47224436

1    Pursuant to Fed. R. Civ. P. 7.1, defendant One Technologies, LLC states that
2  it has no parent company, and no publicly held corporation owns 10% or more of
3  its membership interest.

5  Dated: July 23, 2019                    VENABLE LLP

                                            By: /s/ Ari N. Rothman
                                               Ari N. Rothman
                                               Witt W. Chang
                                            Attorneys for Defendant
                                            One Technologies, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1
DEFENDANT ONE TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT

47224436

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **July 23, 2019**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **DEFENDANT ONE TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action addressed as follows:

J. Daniel Jung                         Attorneys for Plaintiff
Thomas Valfrid Anderson                Julia G. Durward
ANDERSON & JUNG
21600 Oxnard Street, Suite 1030
Woodland Hills, CA 91367
Telephone: (323) 203-8447
Email: juindjung@gmail.com
Email: Not Available

☑   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

  ☑   **BY MAIL (FRCP 5(b)(2)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 23, 2019**, at Los Angeles, California.

_____
Raquel L. Rubio