**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| Julia G. Durward,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>One Technologies LLC, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-06371-GW (AGRx)<br><br>Hon. Judge George H. Wu<br>Courtroom 9D<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ONE TECHNOLOGIES, LLC'S MOTION TO DISMISS**<br><br>[Filed concurrently with Notice and Motion to Dismiss, Declaration of Witt W. Chang, and Declaration of Astra Zittlau]<br><br>Date:　　August 29, 2019<br>Time:　　8:30 a.m.<br>Crtrm.:　　9D<br><br>Action Filed:　June 17, 2019<br>Removal:　　July 23, 2019<br>Trial Date:　　None set |

1  On August 29, 2019, at 8:30 a.m., the Motion to Dismiss of Defendant One Technologies, LLC ("One Technologies") came on for hearing before the Honorable George Wu in Courtroom 9D of the above-captioned Court.

After full consideration of the papers presented in support of and in opposition to the Motion, the authorities submitted by counsel, and counsel's oral argument, the Court **HEREBY ORDERS** the following with respect to plaintiff's claims (Dkt. 1-1):

(1) Count I for Violation of Cal. Business and Professions Code section 17529.5(a)(1) is dismissed with prejudice; and

(2) Count II for Violation of Cal. Business and Professions Code under 17529.5(a)(2) is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____     _____
                              Hon. George H. Wu
                              United States District Judge