ANDERSON & JUNG
J. Daniel Jung, Esq.   (SBN 243436)
Thomas Valfrid Anderson, Esq. (SBN 125006)
21600 Oxnard St., Suite 1030
Woodland Hills, CA  91367
(310) 592-1289
    Attorneys for Julia G. Durward

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| Julia G. Durward,<br><br>            Plaintiff,<br>   v.<br><br>One Technologies LLC, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 2:19-CV-06371-GW (AGRx)<br><br>DECLARATION OF JULIA G. DURWARD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ONE TECHNOLOGIES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)<br><br>Date:         October 3, 2019<br>Time:        8:30 a.m.<br>Courtroom:   9D<br><br>Action Filed:   June 17, 2019<br>Removal:       July 23, 2019<br>Trial Date:      None set<br><br>Hon. Judge George Wu<br>Courtroom 9D |

    I, Julia G. Duward, declare as follows:

1.  I am over eighteen years of age and am a resident of California.

2.  The following facts are based on my personal knowledge, except as to those stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify competently and truthfully to them under oath.

3. I do not know any attorneys in Texas.
4. I have never been to Texas.
5. I do not know anyone in Texas.
6. It would be a hardship for me to travel to Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2019, at Los Angeles, California

                                                Julia G. Durward

3. I do not know any attorneys in Texas.
4. I have never been to Texas.
5. I do not know anyone in Texas.
6. It would be a hardship for me to travel to Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2019, at Los Angeles, California

*Julia G. Durward* (signature)
Julia G. Durward