## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-6371-GW-AGRx | Date | October 7, 2019 |
| Title | *Julia G. Durward v. One Technologies LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:** **IN CHAMBERS - FINAL RULING ON:**

**PLAINTIFF'S MOTION TO REMAND [17];**

**DEFENDANT ONE TECHNOLOGIES, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2) [9]**

The court adopts its 10/3/2019 tentative rulings on Defendants' Motion to Dismiss and Plaintiff's Motion to Remand (*see* Docket No. 29) as its final decision. The Motion to Dismiss for lack of personal jurisdiction is granted and the Motion to Remand is denied. The Court sets a status conference on October 10, 2019 to discuss any further proceedings in this litigation. The parties can appear telephonically with advance notice to the court clerk.

: 

Initials of Preparer   JG