# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-6371-GW-AGRx | Date | October 10, 2019 |
|---|---|---|---|
| Title | *Julia G. Durward v. One Technologies LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Ju-In Daniel Jung      Ari N. Rothman

**PROCEEDINGS:**    **TELEPHONIC CONFERENCE**

Court and counsel confer. The Court will allow Plaintiff to request specific discovery by October 18, 2019. Counsel will meet and attempt to resolve discovery issues. If not resolved, Plaintiff will file her discovery motion by October 18, 2019. A status conference is set for November 7, 2019 at 8:30 a.m.

                                                                                                                   :    03

Initials of Preparer    JG