UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

JULIA G. DURWARD,

        Plaintiff,

  vs.                                Case No. CV 19-6371-GW

ONE TECHNOLOGIES, LLC,

        Defendants.
_____/

REPORTER'S TRANSCRIPT OF
TELEPHONIC STATUS CONFERENCE
THURSDAY, OCTOBER 10, 2019
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT


**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    ANDERSON and JUNG
    BY:  JU-IN DANIEL JUNG
    Attorney at Law
    21600 Oxnard Street, Suite 1030
    Woodland Hills, California  91367
    daniel@andersonjung.com

**FOR THE DEFENDANT:**

    VENABLE LLP
    BY: ARI N. ROTHMAN
    Attorney at Law
    2049 Century Park East, Suite 2300
    Los Angeles, California  90067
    anrothman@venable.com

1  **LOS ANGELES, CALIFORNIA; THURSDAY, OCTOBER 3, 2019**
2  **8:30 A.M.**
3  **--oOo--**

6  THE COURT:  Let me call the matter of *Durward versus One Technologies*.

On the phone we have?

MR. JUNG:  Daniel Jung for Durward, petitioner.

MR. ROTHMAN:  This is Ari Rothman on behalf of Defendant, One Technologies.

THE COURT:  All right.  Similar question that I asked in the last case.  This one I also dismissed for lack of personal jurisdiction.

Is there anything else I need to do?

MR. JUNG:  We are going to make the same request, Your Honor.

We also had a motion for discovery, and I believe that discovery is going to show that they have got thousands of clients in California.

They are a registered business in California as we stated at the hearing.

Additionally, there is also the dispute of the personal income taxes that they are paying in California that they didn't disclose at the hearing, and what that was regarding.

1    Additionally, they also have a partnership with Extel,
2 that we just found about -- or that we need to know about, and
3 that's located in San Francisco.
4    We need to how similar -- or how much involvement Extel
5 has with that -- with the defendant's company.
6         THE COURT:  Let me hear from the defense.
7    What is your response?
8         MR. ROTHMAN:  Your Honor, two points:  The first
9 point is that they made a request for jurisdictional discovery
10 in their papers, but they never stated in their papers what
11 they would want to seek for personal jurisdiction or for
12 jurisdictional discovery; it's completely vague.
13    There is no specifics given on that.
14    I'm now hearing for the first time what they want to seek
15 jurisdictional discovery on, and the issues that he just raised
16 were addressed in the Court's order and in the papers.
17    The parties --
18         THE COURT:  Let me stop.  This is what I'm going to
19 do, since you guys were supposed to meet and confer prior to
20 this new filing.
21    So I want you to meet and confer, and I will allow the
22 filing, you know, as long as you meet and confer first.
23    I'm not saying I would grant it, but, you know, I will
24 allow it to be filed.
25    And so I presume, you know, whatever will happen will

1  happen within the next -- let's say within -- certainly by
2  next -- by the 18th of October.
3          So we will see what happens by then, and, you know, if
4  something else is filed, I will take a look at it, okay?
5              MR. JUNG:  I'm sorry?  What is plaintiff supposed to
6  be filing by the 18th?
7              THE COURT:  First of all, I thought the plaintiff
8  said they intended to make a request for some specific
9  discovery that they had in mind.
10         But obviously, before he attempts to file that, you guys
11 have to meet and confer to talk about it.
12         And if both sides agree that that discovery should go
13 forward, then, you know, it will go forward.
14         And if you disagree, then the plaintiff will have to make
15 a motion to allow for that discovery, and I will take a look at
16 it in due course, all right?
17             MR. JUNG:  Thank you, Your Honor.
18             MR. ROTHMAN:  That makes sense.
19             THE COURT:  I try to make sense.  Sometimes I don't,
20 but I try to.
21         Thank you very much, gentleman.
22         Have a very nice day.
23         What I will do is this:  So this case doesn't fall through
24 the cracks, I will just set a status conference for November
25 the 7th, but obviously if something happens before then, both

5

happen within the next -- let's say within -- certainly by next -- by the 18th of October.

So we will see what happens by then, and, you know, if something else is filed, I will take a look at it, okay?

MR. JUNG:  I'm sorry?  What is plaintiff supposed to be filing by the 18th?

THE COURT:  First of all, I thought the plaintiff said they intended to make a request for some specific discovery that they had in mind.

But obviously, before he attempts to file that, you guys have to meet and confer to talk about it.

And if both sides agree that that discovery should go forward, then, you know, it will go forward.

And if you disagree, then the plaintiff will have to make a motion to allow for that discovery, and I will take a look at it in due course, all right?

MR. JUNG:  Thank you, Your Honor.

MR. ROTHMAN:  That makes sense.

THE COURT:  I try to make sense.  Sometimes I don't, but I try to.

Thank you very much, gentleman.

Have a very nice day.

What I will do is this:  So this case doesn't fall through the cracks, I will just set a status conference for November the 7th, but obviously if something happens before then, both

1  sides can file a stip to take the status conference off of the
2  7th of November, and if there is some other motion that is
3  going to be filed and heard, you just ask that the matter be
4  continued to the hearing date that is selected for that
5  particular motion, okay?
6            MR. ROTHMAN:  Thank you, Your Honor.
7            MR. JUNG:  Thank you, Your Honor.
8            THE COURT:  Have a nice day.
9             (The proceedings concluded at 9:07 a.m.)
10                              * * *

# CERTIFICATE OF OFFICIAL REPORTER

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:   December 11, 2019


                                        /s/ TERRI A. HOURIGAN
                        _____
                        TERRI A. HOURIGAN, CSR NO. 3838, CCRR
                           Federal Official Court Reporter

## /

**/s** [1] - 7:19

## 1

**10** [1] - 1:13
**1030** [1] - 2:5
**11** [1] - 7:16
**18th** [2] - 5:1, 5:5
**19-6371-GW** [1] - 1:7

## 2

**2019** [3] - 1:13, 3:1, 7:16
**2049** [1] - 2:11
**213** [1] - 1:24
**21600** [1] - 2:5
**2300** [1] - 2:11
**28** [1] - 7:9

## 3

**3** [1] - 3:1
**350** [1] - 1:23
**3838** [2] - 1:22, 7:20

## 4

**4311** [1] - 1:23

## 7

**753** [1] - 7:9
**7th** [2] - 5:24, 6:1

## 8

**894-2849** [1] - 1:24
**8:30** [2] - 1:14, 3:2

## 9

**90012** [1] - 1:24
**90067** [1] - 2:11
**91367** [1] - 2:6
**9:07** [1] - 6:8

## A

**A.M** [2] - 1:14, 3:2
**a.m** [1] - 6:8
**above-entitled** [1] - 7:12
**additionally** [2] - 3:22, 3:25
**addressed** [1] - 4:15
**agree** [1] - 5:11
**allow** [3] - 4:20, 4:22, 5:14
**ALSO** [1] - 2:13
**ANDERSON** [1] - 2:4
**Angeles** [1] - 2:11
**ANGELES** [4] - 1:14, 1:24, 3:1, 7:3
**anrothman@venable.com** [1] - 2:12
**APPEARANCES** [1] - 2:1
**ARI** [1] - 2:9
**Ari** [1] - 3:10
**attempts** [1] - 5:9
**Attorney** [1] - 2:5
**Attorneys** [1] - 2:10

## B

**behalf** [1] - 3:10
**business** [1] - 3:20
**BY** [2] - 2:4, 2:9

## C

**California** [6] - 2:6, 2:11, 3:19, 3:20, 3:23, 7:8
**CALIFORNIA** [5] - 1:2, 1:14, 1:24, 3:1, 7:4
**case** [2] - 3:13, 5:22
**Case** [1] - 1:7
**CCRR** [2] - 1:22, 7:20
**Central** [1] - 7:8
**CENTRAL** [1] - 1:2
**Century** [1] - 2:11
**certainly** [1] - 4:25
**CERTIFICATE** [1] - 7:1
**certify** [1] - 7:8
**CHANG** [1] - 2:10
**clients** [1] - 3:19
**Code** [1] - 7:9
**company** [1] - 4:4
**completely** [1] - 4:11
**concluded** [1] - 6:8
**confer** [4] - 4:18, 4:20, 4:21, 5:10
**CONFERENCE** [1] - 1:13
**conference** [3] - 5:23, 5:25, 7:13
**conformance** [1] - 7:13
**continued** [1] - 6:3
**correct** [1] - 7:10
**COUNSEL** [1] - 2:1
**COUNTY** [1] - 7:3
**course** [1] - 5:15
**COURT** [8] - 1:1, 1:23, 3:6, 4:5, 4:17, 5:6, 5:18, 6:7
**Court** [3] - 7:7, 7:20
**Court's** [1] - 4:15
**cracks** [1] - 5:23
**CSR** [2] - 1:22, 7:20
**CV** [1] - 1:7

## D

**DANIEL** [1] - 2:4
**Daniel** [1] - 3:9
**daniel@andersonjung.com** [1] - 2:6
**date** [1] - 6:3
**Date** [1] - 7:16
**December** [1] - 7:16
**DEFENDANT** [1] - 2:8
**Defendant** [1] - 3:11
**defendant's** [1] - 4:3
**Defendants** [1] - 1:9
**defense** [1] - 4:5
**disagree** [1] - 5:13
**disclose** [1] - 3:24
**discovery** [8] - 3:17, 3:18, 4:8, 4:11, 4:14, 5:8, 5:11, 5:14
**dismissed** [1] - 3:13
**dispute** [1] - 3:22
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [2] - 7:7, 7:8
**DIVISION** [1] - 1:2
**due** [1] - 5:15
**Durward** [2] - 3:6, 3:9
**DURWARD** [1] - 1:5

## E

**East** [1] - 2:11
**entitled** [1] - 7:12
**Extel** [2] - 3:25, 4:3

## F

**fall** [1] - 5:22
**FEDERAL** [1] - 1:23
**Federal** [2] - 7:6, 7:20
**file** [2] - 5:9, 5:25
**filed** [3] - 4:23, 5:3, 6:2
**filing** [3] - 4:19, 4:21, 5:5
**FIRST** [1] - 1:23
**first** [4] - 4:7, 4:13, 4:21, 5:6
**FOR** [2] - 2:3, 2:8
**foregoing** [1] - 7:10
**format** [1] - 7:12
**forward** [2] - 5:11, 5:12
**Francisco** [1] - 4:2

## G

**gentleman** [1] - 5:20
**GEORGE** [1] - 1:3
**given** [1] - 4:12
**grant** [1] - 4:22
**Greco** [1] - 2:13
**guys** [2] - 4:18, 5:9

## H

**hear** [1] - 4:5
**heard** [1] - 6:2
**hearing** [4] - 3:21, 3:24, 4:13, 6:3
**held** [1] - 7:11
**hereby** [1] - 7:8
**Hills** [1] - 2:6
**Honor** [5] - 3:17, 4:7, 5:16, 6:5, 6:6
**HONORABLE** [1] - 1:3
**HOURIGAN** [4] - 1:22, 7:6, 7:19, 7:20

## I

**IN** [1] - 2:4
**income** [1] - 3:23
**intended** [1] - 5:7
**involvement** [1] - 4:3
**issues** [1] - 4:14

## J

**John** [1] - 2:13
**JU** [1] - 2:4
**JU-IN** [1] - 2:4
**JUDGE** [1] - 1:3
**judicial** [1] - 7:13
**JULIA** [1] - 1:5
**Jung** [1] - 3:9
**JUNG** [7] - 2:4, 2:4, 3:9, 3:16, 5:4, 5:16, 6:6
**jurisdiction** [2] - 3:14, 4:10
**jurisdictional** [3] - 4:8, 4:11, 4:14

## L

**lack** [1] - 3:13
**last** [1] - 3:13
**Law** [2] - 2:5, 2:10
**LLC** [1] - 1:8
**LLP** [1] - 2:9
**located** [1] - 4:2
**look** [2] - 5:3, 5:14
**Los** [1] - 2:11
**LOS** [4] - 1:14, 1:24, 3:1, 7:3

## M

**matter** [3] - 3:6, 6:2, 7:12
**meet** [4] - 4:18, 4:20, 4:21, 5:10
**mind** [1] - 5:8
**motion** [4] - 3:17, 5:14, 6:1, 6:4
**MR** [10] - 3:9, 3:10, 3:12, 3:16, 4:7, 5:4, 5:16, 5:17, 6:5, 6:6

## N

**need** [3] - 3:15, 4:1, 4:2
**never** [1] - 4:9
**new** [1] - 4:19
**next** [2] - 4:25, 5:1
**nice** [2] - 5:21, 6:7
**NO** [2] - 1:22, 7:20
**November** [2] - 5:23, 6:1

## O

**obviously** [2] - 5:9, 5:24
**October** [1] - 5:1
**OCTOBER** [2] - 1:13, 3:1
**OF** [6] - 1:2, 1:12, 2:1, 7:1, 7:3, 7:4
**Official** [2] - 7:6, 7:20
**OFFICIAL** [2] - 1:23, 7:1
**One** [2] - 3:7, 3:11
**ONE** [1] - 1:8
**one** [1] - 3:13
**oOo** [1] - 3:3
**order** [1] - 4:15
**Oxnard** [1] - 2:5

## P

**page** [1] - 7:12

| | | |
|---|---|---|
| **papers** [3] - 4:9, 4:15<br>**Park** [1] - 2:11<br>**particular** [1] - 6:4<br>**parties** [1] - 4:16<br>**partnership** [1] - 3:25<br>**paying** [1] - 3:23<br>**personal** [3] - 3:14, 3:22, 4:10<br>**petitioner** [1] - 3:9<br>**phone** [1] - 3:8<br>**Plaintiff** [1] - 1:6<br>**plaintiff** [3] - 5:4, 5:6, 5:13<br>**PLAINTIFF** [1] - 2:3<br>**point** [1] - 4:8<br>**points** [1] - 4:7<br>**PRESENT** [1] - 2:13<br>**presume** [1] - 4:24<br>**proceedings** [2] - 6:8, 7:11<br>**pursuant** [1] - 7:9<br>**R**<br>**raised** [1] - 4:14<br>**Realtime** [1] - 7:6<br>**regarding** [1] - 3:24<br>**registered** [1] - 3:20<br>**regulations** [1] - 7:13<br>**reported** [1] - 7:11<br>**REPORTER** [2] - 1:23, 7:1<br>**Reporter** [2] - 7:7, 7:20<br>**REPORTER'S** [1] - 1:12<br>**request** [3] - 3:16, 4:8, 5:7<br>**response** [1] - 4:6<br>**ROOM** [1] - 1:23<br>**ROTHMAN** [6] - 2:9, 3:10, 3:12, 4:7, 5:17, 6:5<br>**Rothman** [1] - 3:10<br>**S**<br>**San** [1] - 4:2<br>**Section** [1] - 7:9<br>**see** [1] - 5:2<br>**seek** [2] - 4:10, 4:13<br>**selected** [1] - 6:3<br>**sense** [2] - 5:17, 5:18<br>**set** [1] - 5:23<br>**show** [1] - 3:18<br>**sides** [2] - 5:10, 5:25<br>**similar** [2] - 3:12, 4:2<br>**sometimes** [1] - 5:18 | **sorry** [1] - 5:4<br>**specific** [1] - 5:7<br>**specifics** [1] - 4:12<br>**STATE** [1] - 7:4<br>**STATES** [1] - 1:1<br>**States** [3] - 7:7, 7:9, 7:14<br>**STATUS** [1] - 1:13<br>**status** [2] - 5:23, 5:25<br>**stenographically** [1] - 7:11<br>**stip** [1] - 5:25<br>**stop** [1] - 4:17<br>**Street** [1] - 2:5<br>**STREET** [1] - 1:23<br>**Suite** [2] - 2:5, 2:11<br>**supposed** [1] - 4:18<br>**T**<br>**taxes** [1] - 3:23<br>**TECHNOLOGIES** [1] - 1:8<br>**Technologies** [2] - 3:7, 3:11<br>**TERRI** [4] - 1:22, 7:6, 7:19, 7:20<br>**THE** [8] - 2:3, 2:8, 3:6, 4:5, 4:17, 5:6, 5:18, 6:7<br>**thousands** [1] - 3:18<br>**THURSDAY** [2] - 1:13, 3:1<br>**Title** [1] - 7:9<br>**TRANSCRIPT** [1] - 1:12<br>**transcript** [2] - 7:10, 7:12<br>**true** [1] - 7:10<br>**try** [2] - 5:18, 5:19<br>**two** [1] - 4:7<br>**U**<br>**U.S** [1] - 1:3<br>**United** [3] - 7:7, 7:9, 7:14<br>**UNITED** [1] - 1:1<br>**V**<br>**vague** [1] - 4:11<br>**VENABLE** [1] - 2:9<br>**versus** [1] - 3:6<br>**vs** [1] - 1:7<br>**W**<br>**WEST** [1] - 1:23 | **WESTERN** [1] - 1:2<br>**WITT** [1] - 2:10<br>**Woodland** [1] - 2:6<br>**WU** [1] - 1:3 |