1  **VENABLE LLP**
   Ari N. Rothman (SBN 296568)
2     anrothman@venable.com
   Witt W. Chang (SBN 281721)
3     wwchang@venable.com
   Bryan J. Weintrop (SBN 307416)
4     bjweintrop@venable.com
   2049 Century Park East, Suite 2300
5  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
6  Facsimile:    (310) 229-9901

7  Attorneys for Defendant
   One Technologies, LLC
8

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                      **WESTERN DIVISION**

12  Julia G. Durward,                    | CASE NO. CV 19-6371-GW-AGRx

13              Plaintiff,                Hon. George H. Wu
                                          Courtroom 9D
14         v.
                                          **ORDER RE JOINT STIPULATION**
15  One Technologies LLC, and DOES 1-50,  **TO CONTINUE STATUS**
    inclusive,                            **CONFERENCE**
16
                Defendants.               Action Filed:      June 17, 2019
17                                        Removal:           July 23, 2019
                                          Current Status Conference Date:
18                                                              February 6, 2020
                                          Proposed New Status Conference Date:
19                                                              February 13, 2020
20

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

48287124

# ORDER

Upon consideration of the Joint Stipulation to Continue Status Conference (ECF No. 44) submitted by plaintiff Julia Durward and defendant One Technologies LLC by and through their counsel of record, and good cause appearing therefor, the Court **HEREBY ORDERS** that:

The status conference currently set for February 6, 2020 at 8:30 a.m. is continued to February 13, 2020 at 8:30 a.m. with the joint status report still to be filed by the parties on February 3, 2020.

**IT IS SO ORDERED**.

Dated: January 7, 2020

_____
Honorable George H. Wu
United States District Judge