# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-6371-GW-AGRx | Date | February 13, 2020 |
|---|---|---|---|
| Title | *Julia G. Durward v. One Technologies LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Ju-In Daniel Jung    Ari N. Rothman
    Witt W. Chang

**PROCEEDINGS:   STATUS CONFERENCE**

Court and counsel confer re jurisdictional discovery issues. The Court orders counsel to confer and attempt to resolve. Matter is placed on second call.

Case is recalled. Counsel resolve the issues and will file a protective order.

The Court continues the status conference for April 2, 2020 at 8:30 a.m. Counsel are to file a one-page joint status report by noon on March 31, 2020.

                                               :    06

Initials of Preparer    JG