**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
Bryan J. Weintrop (SBN 307416)
  bjweintrop@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Julia G. Durward,<br><br>            Plaintiff,<br><br>     v.<br><br>One Technologies LLC, and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. CV 19-6371-GW-AGRx<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Action Filed:       June 17, 2019<br>Removal:             July 23, 2019<br>Current Status Conference Date:<br>                          April 2, 2020<br>Proposed New Status Conference Date:<br>                          April 23, 2020 |

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

48649756

# ORDER

Upon consideration of the Joint Stipulation to Continue Status Conference (ECF No. 53) submitted by plaintiff Julia Durward and defendant One Technologies LLC by and through their counsel of record, and good cause appearing therefor, the Court **HEREBY ORDERS** that:

The status conference currently set for April 2, 2020 at 8:30 a.m. is continued to April 23, 2020 at 8:30 a.m. with the joint status report still to be filed by the parties by noon on April 21, 2020.

**IT IS SO ORDERED**.

Dated: February 27, 2020

_____
Honorable George H. Wu
United States District Judge