1  **VENABLE LLP**
   Ari N. Rothman (SBN 296568)
2    anrothman@venable.com
   Witt W. Chang (SBN 281721)
3    wwchang@venable.com
   Bryan J. Weintrop (SBN 307416)
4    bjweintrop@venable.com
   2049 Century Park East, Suite 2300
5  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
6  Facsimile:   (310) 229-9901

7  Attorneys for Defendant
   One Technologies, LLC
8

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                      **WESTERN DIVISION**

| | |
|---|---|
| Julia G. Durward, | CASE NO. CV 19-6371-GW-AGRx |
| Plaintiff, | Hon. George H. Wu<br>Courtroom 9D |
| v. | **ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
| One Technologies LLC, and DOES 1-50, inclusive, | |
| Defendants. | Action Filed:   June 17, 2019<br>Removal:       July 23, 2019<br>Current Status Conference Date:<br>          April 23, 2020<br>Proposed New Status Conference Date:<br>          July 30, 2020 |

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

48972123

## ORDER

Upon consideration of the Joint Stipulation to Continue Status Conference (ECF No. 58) submitted by plaintiff Julia Durward and defendant One Technologies LLC by and through their counsel of record, and good cause appearing therefor, the Court **HEREBY ORDERS** that:

The status conference currently set for April 23, 2020 at 8:30 a.m. is continued to July 30, 2020 at 8:30 a.m., with the joint status report to be filed by the parties by July 27, 2020.

**IT IS SO ORDERED**.

Dated: April 17, 2020

_____
Honorable George H. Wu
United States District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1
[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE
48972123