**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
Bryan J. Weintrop (SBN 307416)
  bjweintrop@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Julia G. Durward,<br><br>            Plaintiff,<br><br>  v.<br><br>One Technologies LLC, and DOES 1-50 inclusive,<br><br>            Defendants. | CASE NO. 2:19-cv-06371-GW-AGR<br><br>Hon. George H. Wu<br>Courtroom 9D – First Street<br><br>**JOINT STATUS REPORT**<br><br>Status Conf.:  July 27, 2020<br>Time:          8:30 a.m.<br>Ctrm:          9D |

Pursuant to the Court's February 13, 2020 Order (ECF No. 52), plaintiff Julia Durward and defendant One Technologies LLC jointly submit the following status report in advance of the July 30, 2020, Status Conference.

On October 7, 2019, the Court, via written order filed at ECF No. 30 ("Order"), granted One Technologies' motion to dismiss for lack of personal jurisdiction. On December 19, 2019, this Court granted plaintiff leave to conduct limited jurisdictional discovery, six interrogatories and two requests for production of documents. Plaintiff propounded six interrogatories and one request for production of documents, to which One Technologies fully responded on April 14, 2020, after the parties resolved issues regarding the protective order governing portions of the discovery One Technologies produced. Plaintiff's position is that there is jurisdiction over One Technologies in California based on the discovery received.

One Technologies disagrees that California courts may exercise personal jurisdiction over it and disagrees that any information provided in response to plaintiff's jurisdictional discovery warrants changing the Court's analysis in its Order. Accordingly, One Technologies contends that the Court should enter an order dismissing One Technologies and closing the litigation.

Although the parties disagree as to whether One Technologies is subject to personal jurisdiction in California, the parties propose the following briefing schedule in connection with plaintiff's forthcoming motion that will seek reconsideration of the Order:

| | |
|---|---|
| Plaintiff's Motion for Reconsideration Due | September 10, 2020 |
| Defendant's Opposition Due | October 8, 2020 |
| Plaintiff's Reply Due | October 22, 2020 |
| Hearing | November 5, 2020 |

By: _____

Dated July 27, 2020

Ari N. Rothman
Witt W. Chang
Bryan J. Weintrop
Attorneys for Defendant
One Technologies LLC

Dated: July 27, 2020

ANDERSON & JUNG

By: _____
J. Daniel Jung
Attorneys for Plaintiff
Julia Durward

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

2

JOINT STATUS REPORT