# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-6371-GW-AGRx | Date | July 29, 2020 |
|---|---|---|---|
| Title | *Julia G. Durward v. One Technologies LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

   The Court has reviewed the parties' Joint Status Report (Docket No. 60). Pursuant thereto, the Court takes the July 30, 2020 status conference off-calendar and sets the following schedule:

   Plaintiff's Motion for Reconsideration Due: August 24, 2020
   Defendant's Opposition Due:                 September 17, 2020
   Plaintiff's Reply Due:                      October 2, 2020
   Hearing:                                    October 19, 2020 at 8:30 a.m.

                                                                                                      :
                                                        Initials of Preparer    JG